## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-63151-MGC

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

GPD ENTERPRISES, INC., a Florida Profit Corporation, d/b/a FENDER MENDER AUTO BODY and 1163 HOLDINGS LLC, a Florida Limited Liability Company,

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, (the "Plaintiff"), by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Dated this January 28, 2020.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:19-cv-63151-MGC

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

GPD ENTERPRISES, INC., a Florida Profit Corporation, d/b/a FENDER MENDER AUTO BODY and 1163 HOLDINGS LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 28, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: *Ronald E. Stern*
            Ronald E. Stern, Esq.
            Florida Bar No. 10089
            THE ADVOCACY LAW FIRM, P.A.
            1250 East Hallandale Beach Blvd.
            Suite 503
            Hallandale Beach, Florida 33009
            Telephone:   (954) 639-7016
            Facsimile:   (954) 639-7198
            Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. GPD ENTERPRISES, INC., a Florida Profit Corporation, d/b/a FENDER MENDER AUTO BODY and 1163 HOLDINGS LLC, a Florida Limited Liability Company

United States District Court Southern District Of Florida

CASE NO. 0:19-cv-63151-MGC

**GPD ENTERPRISES, INC. d/b/a FENDER MENDER AUTO BODY**

**REGISTERED AGENT:**

BRUNO, MARK
1165 NW 55TH STREET
FT. LAUDERDALE, FL 33309

**VIA U.S. MAIL**

**1163 HOLDINGS, LLC**

**REGISTERED AGENT:**

BRUNO, MARK R.
1165 NW 55TH STREET
FORT LAUDERDALE, FL 33309

**VIA U.S. MAIL**